**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


BRANCH BANKING AND TRUST
COMPANY, a North Carolina banking
corporation as successor in interest to
Colonial Bank by asset acquisition from the
FDIC as receiver for Colonial Bank,

   Plaintiff,

vs.           CASE NO. 5:11cv05/RS-GRJ

T. HENRY DEVELOPMENT CO., LLC,
a Florida Limited Liability Company, and
THOMAS HENRY,

   Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion To Transfer Venue (Doc. 4).

**IT IS ORDERED**:

1.  The clerk is directed to transfer this case to the Pensacola Division.

2.  This case shall remain assigned to me.


**ORDERED** on February 25, 2011.



/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**